UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE                                                              CHAPTER 7

TRACIE L. MITCHELL                                    CASE NO. 10-33431 LMW

February 10, 2011

TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIM OF EXEMPTION

The undersigned as Chapter 7 Trustee in the above captioned matter hereby objects to the Debtor's claim of exemption. In support of this objection, the undersigned states as follows:

1.      The Debtors filed a voluntary petition under Chapter 7 of the United Bankruptcy Code on November 14, 2010.

2.      The undersigned was appointed as Trustee, qualified and is acting as such.

3.      The Section 341 Meeting in the above captioned matter was scheduled for December 10, 2010 and was continued to January 7, 2011 at the request of the debtors counsel and was continued again to January 26, 2011 because the Trustee requested information about the personal injury claim listed on the Debtor's Schedule B.

4.      The meeting was held on January 26, 2011 abd therefore this objection is timely filed.

5.      The Debtor calimed an exemption in her personal injury claim pursuant to 11 U.S.C. Sections 522(d)(11)(D). The value of the personal injury claim is listed as "unknown".

6.    At this time the Trustee does not have sufficient information about the nature of the Debtor's injuries to determine the value of the personal injury claim. Therefore the Trustee cannot determine at this time whether the election of the exemptions by the Debtor is appropriate.

        Attorney Bonnie C. Mangan
        Chapter 7 Trustee
        /s/ Bonnie C. Mangan
        _____
        Bonnie C. Mangan
        ct03759
        The Law Office of Bonnie C. Mangan, P.C.
        Westview Office Park
        1050 Sullivan Avenue, Suite A3
        South Windsor, Connecticut 06074
        (860) 644-4204 Phone
        (860) 644-4934 Fax
        bonnie.mangan@magnanlaw.com